FILED: July 9, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-1850
(05-127-BLA)

_____

ISLAND CREEK COAL COMPANY,

      Petitioner

v.

MANFORD HENLINE; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS; BENEFITS REVIEW BOARD,

      Respondents

_____

J U D G M E N T

_____

In accordance with the decision of this Court, the petition for review is denied.

This judgment shall take effect upon issuance of this Court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK